Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1136 Union Mall, Suite 808
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROY THOMPSON, | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| COUNTY OF HAWAII, | ) Civ No. 1:24-cv-00333-DKW-WRP;<br>) |
| Defendant. | ) Stipulation and Order<br>)<br>)<br>)<br>)<br>) |

## **Stipulation and Order**

On July 16, 2024, the County sent a letter to Plaintiff Thompson which stated that;

> Your application for a Permit to Acquire a firearm has been denied based on Section 134-7(c)(3) of the Hawaii Revised Statutes which precludes you from possessing any firearms due to answering "yes" to question number 18 on the State of Hawaii Permit to Acquire Firearms Application.

*See* Doc No. [1-2]--Complaint Exhibit 2.

The letter goes on to say;

> Any firearms and ammunition presently in your possession must be disposed of by August 16, 2024. Failure to do so may result in seizure of the firearms and ammunition and criminal prosecution under Chapter 134 of the Hawaii Revised Statutes.

*Id.*

On August 15, 2024, the County of Hawaii ("County") sent a letter to Plaintiff Thompson's lawyers. That letter is attached to this filing. It states that;

> HPD hereby rescinds the July 16, 2024 letter to Mr. Thompson in its entirety. Accordingly, Mr. Thompson is NOT required to dispose of any firearms and ammunition in his possession by August 16, 2024 as stated in the July 16, 2024 letter.

It appears that this Court will be unable to rule on Plaintiff's filed temporary restraining order by August 16, 2024. Therefore, the parties have stipulated to the following:

It is stipulated that the County of Hawaii, its agent and all persons working for it or any of its subdivisions including all County of Hawaii police shall abide by the terms of the August 15, 2024, letter referenced above.

DATED:  Hawaii, Hawaiʻi, August 19, 2024.

        Corporation Counsel

        By  /s/Steve Idemoto

DATED:  Honolulu, Hawaiʻi, August 19, 2024.

    */s/*Alan Beck
    ALAN ALEXANDER BECK
    KEVIN GERARD O'GRADY
    Attorneys for Plaintiff
    ROY THOMPSON

**IT IS APPROVED AND SO ORDERED:**

DATED: Honolulu, Hawaiʻi, August 19, 2024.

Derrick K. Watson
Chief United States District Judge

*Roy Thompson  v. County of Hawaii*; Civil No. 1:24-cv-00333-DKW-WRP; Stipulation and Order

3