# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:24-CV-00333 DKW-WRP |
| CASE NAME: | Roy Thompson v. Hawaii County |
| ATTYS FOR PLA: | Alan Beck, Esq.<br>Kevin O'Grady, Esq. |
| ATTYS FOR DEFT: | Steven Idemoto, Deputy Corporation Counsel |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | ZOOM - No Record |
| DATE: | 08/27/2024 | TIME: | 10:00 am - 10:20 am |

COURT ACTION:  EP: SETTLEMENT CONFERENCE

Alan Beck and Kevin O'Grady appeared for Plaintiff Roy Thompson, who was also present.

Steven Idemoto appeared on behalf of Defendant.

The Court held a Settlement Conference.

Parties update the Court.

Settlement discussions are ongoing.  Parties to contact the Court for assistance, if necessary.

*Submitted by: Jocelyn Orosz, Courtroom Manager*