Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| ROY THOMPSON | ) No. 1:24-CV-00333 DKW-WRP |
| | ) |
| Plaintiff, | ) STIPULATED JUDGMENT |
| | ) AND STIPULATED |
| v. | ) PERMANENT INJUNCTION |
| | ) |
| HAWAII COUNTY | ) |
| | ) |
| Defendant | ) |
| | ) |

**STIPULATED JUDGMENT AND STIPULATED PERMANENT
INJUNCTION**

1)    IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS

ENTERED AGAINST DEFENDANT HAWAII COUNTY ("County");

2)  From the date the court approves and signs this Stipulated Judgment and Stipulated Permanent Injunction, County and its agents are enjoined permanently from the acts described below and shall perform those acts described below;

3)  With regard to Plaintiff Thompson, his application for a Permit To Acquire, hereinafter ("PTA"), will be processed in accordance with Hawaii Revised Statutes;

4)  County and its agents shall not deny any PTA based only on an affirmative answer to question #18 of the State of Hawaii Permit to Acquire Firearms Application (AG Revised 07/2023);

5)  Nothing in this Order shall be construed as an admission of liability or violation of any right by County or any agent thereof;

6)  County shall process all PTA in accordance with Hawaii Revised Statutes;

7)  County shall update as soon as possible all County websites and forms to reflect current laws within the state of Hawaii and shall ensure in the future that all websites and forms by County shall cite, reference and use current Hawaii and County law;

8)  County shall not deny any applicant a PTA based upon HRS §134-7 (c)(3) unless the applicant is or has been diagnosed with or treated for a medical,

2

behavioral, psychological, emotional, or mental condition or disorder that causes or is likely to cause impairment in judgment, perception, or impulse control to an extent that presents an unreasonable risk to public health, safety, or welfare if the person were in possession or control of a firearm and the applicant fails to establish, with appropriate medical documentation, that the person is no longer adversely affected by said prior diagnosis or treatment;

9)    County will not demand, require or request that an applicant for a PTA provide a medical clearance based solely on an affirmative answer to question #18 of the State of Hawaii Permit to Acquire Firearms Application, but will base any request for medical clearance on review of the applicant's complete application and file, including, but not limited to, the Appendix A Supplemental Questionnaire;

10)    By separate settlement agreement, a resolution of all claims for damages, attorneys' fees, and costs has been reached. Except as expressly provided in the settlement agreement, the parties are to bear their own attorneys' fees and costs.

11)    Plaintiff unconditionally releases, acquits, and discharges County and all its employees and agents from all injuries, claims, damages, and causes of action that were brought or could have been brought arising from or associated with only the specific facts alleged in the instant Lawsuit and the laws, rules, or

3

regulations in effect at the time of the execution of this Stipulated Judgment, which are further specifically limited to only the claims alleged which are that County allegedly violated the Second and Fourteenth Amendment rights of Thompson by denying a PTA specifically and only for answering the statewide uniform PTA form question #18 with an affirmative "yes" answer, but not regarding any other aspect of the denial or any future decision or action either for Thompson or any other person.  No other claims remain outstanding in this litigation.  All parties who have appeared in this action have signed this Stipulated Judgment.

DATED:  Honolulu, Hawai'i, October 22, 2024.

*/s/ Kevin O'Grady*
KEVIN O'GRADY
Attorney for Plaintiff Roy Thompson

DATED: San Diego, California, October 22, 2024.

*/s/ Alan A. Beck*
ALAN A. BECK
Attorney for Plaintiff Roy Thompson

DATED:  Hilo, Hawai'i, October 22, 2024.

*/s/ Steven K. Idemoto*
STEVE IDEMOTO
Attorney for Defendant
HAWAII COUNTY

4

**IT IS SO ORDERED, ADJUDGED, AND DECREED**

DATED: October 22, 2024 at Honolulu, Hawaiʻi.



Derrick K. Watson
Chief United States District Judge

---

*Roy Thompson v. Hawaii County.*; Civ. No. 24-00333-DKW-WRP; STIPULATED
JUDGMENT AND STIPULATED PERMANENT INJUNCTION